# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : NO. 4:26-CR-00262
:
: (BRANN, C.J.)
v. :
: (CAMONI, M.J.)
AGOSTINO ABBATIELLO, :
Defendant :

FILED
WILLIAMSPORT
NOV 18 2026
PER [signature]
DEPUTY CLERK

## PLEA

AND NOW, this 18th day of November 2026, the within named Defendant, hereby enters a plea of NOT Guilty to the within Indictment.

[signature]
(Defendant's Signature)

[signature]
(Defense Counsel)