IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| v. | : |
| | : No. 4:26-CR-262 |
| AGOSTINO ABBATIELLO, | : |
| | : |
| Defendant. | : |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as counsel on behalf of Defendant Agostino Abbatiello in the above-captioned matter.

Dated: November 19, 2026

MIELE & RYMSZA, P.C.

By: s/ Edward J. Rymsza

Edward J. Rymsza, Esq.
Pa. I.D. No. 82911
Attorney for Defendant
125 East Third Street
Williamsport, PA 17701
(570) 322-2113
(570) 322-8813 (fax)
rymsza@comcast.net

**CERTIFICATE OF SERVICE**

I, Edward J. Rymsza, Esq., hereby certify that on this 19th day of November 2026, I served the foregoing Entry of Appearance upon AUSA Geoff MacArthur by electronic mail.

MIELE & RYMSZA, P.C.

By: s/Edward J. Rymsza
Edward J. Rymsza
Pa. I.D. No. 82911
Attorney for Defendant
125 East Third Street
Williamsport, PA 17701
(570) 322-2113
(570) 322-8813 (fax)
rymsza@comcast.net